**Order entered July 30, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00855-CV

### IN RE DONALD DAVIS, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07331**

## ORDER
Before Chief Justice Wright, Justice Bridges and Justice Brown

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
           JUSTICE